

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Sakue Scott
(Please print)

STREET ADDRESS: 416 Merrel Ave

CITY/STATE/ZIP: Calumet City, Il 60409

PHONE NUMBER: 708-539-8253

CASE NUMBER: 08CV1457
JUDGE ZAGEL
MAGISTRATE JUDGE COX

Signature: [signed]    Date: 3/11/08

FILED
MAR 11 2008   NF
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT