# United States District Court for the Northern District of Illinois

Case Number: 08v1457   Assigned/Issued By: j. n.

Judge Name:   Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
  (Type of Writ)

1 Original and 1 copies on 5-5-08 as to illinois state medical insurance services, inc.
                           (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05