IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAKIE SCOTT,<br><br>   Plaintiff,<br><br>v.<br><br>ILLINOIS STATE MEDICAL INSURANCE SERVICES, INC.,<br><br>   Defendant. | No. 08-cv-1457<br><br>Judge Zagel<br><br>Magistrate Judge Cox |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Illinois State Medical Insurance Services, Inc., by its attorneys, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, respectfully submits the following Corporate Disclosure Statement:

1. Illinois State Medical Insurance Services, Inc.'s parent company is ISMIE Mutual Insurance Company, Inc. Neither Defendant nor its parent company is a publicly held corporation.

              Respectfully submitted,

              ILLINOIS STATE MEDICAL INSURANCE
              SERVICES, INC.

              By: s/ Megan J. Crowhurst
                 One of Its Attorneys

Edward C. Jepson, Jr., Bar No. 03127220
Megan Crowhurst, Bar No. 06289289
Vedder Price, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: May 22, 2008

CHICAGO/#1788158.1 5/22/08

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT to be served upon:

by . . . on May 22, 2008.

            By:  s/Megan J. Crowhurst
            One of Its Attorneys

- 2 -
CHICAGO/#1788158.1 5/22/08