IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAKIE SCOTT,<br><br>               Plaintiff,<br><br>v.<br><br>ILLINOIS STATE MEDICAL INSURANCE SERVICES, INC.,<br><br>               Defendant. | No. 08-cv-1457<br><br>Judge: James B. Zagel |

## NOTICE OF FILING

To:    Sakie Aneshia Scott
         669 Clyde Avenue, #2N
         Calumet City, IL  60409

      PLEASE TAKE NOTICE that on May 22, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Defendant's Corporate Disclosure Statement, a true and correct copy of which is herewith served upon you.

                                                                Respectfully submitted,

                                                                ILLINOIS STATE MEDICAL INSURANCE
                                                                SERVICES

                                                                By: s/Megan J. Crowhurst
                                                                       One of Its Attorneys

Edward C. Jepson, Jr., Bar No. 03127220
Megan Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated:  May 22, 2008

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that true and correct copies of the foregoing Notice of Filing were served on

     Sakie Aneshia Scott
     669 Clyde Avenue, #2N
     Calumet City, IL  60409

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on May 22, 2008.

                                                    s/Megan J. Crowhurst