IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAKIE SCOTT, | |
| Plaintiff, | |
| v. | No. 08-cv-1457 |
| ILLINOIS STATE MEDICAL INSURANCE SERVICES, INC., | Judge: James B. Zagel |
| Defendant. | |

## NOTICE OF MOTION

To: Sakie Aneshia Scott
   669 Clyde Avenue, #2N
   Calumet City, IL 60409

On May 29, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Agreed Motion for Extension of Time to Answer or Otherwise Plead.

                                ILLINOIS STATE MEDICAL INSURANCE
                                SERVICES, INC.


                                By: s/Megan J. Crowhurst
                                   One of Its Attorneys

Edward C. Jepson, Jr., Bar No. 03127220
Megan J. Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated: May 22, 2008

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that true and correct copies of the foregoing Notice of Motion were served on

  Sakie Aneshia Scott
  669 Clyde Avenue, #2N
  Calumet City, IL  60409

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street,

Chicago, Illinois 60601-1003 by 5:00 p.m. on May 22, 2008.

                 s/Megan J. Crowhurst