IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAKIE SCOTT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ILLINOIS STATE MEDICAL INSURANCE<br>SERVICES, INC.,<br><br>　　　　　　Defendant. | No. 1:08-CV-1457<br><br>Judge:  Zagel<br>Magistrate Judge: Cox |

## NOTICE OF FILING

To:　Sakie Scott
　　　416 Merriel Avenue
　　　Calumet City, IL  60409

　　　PLEASE TAKE NOTICE that on June 30, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Answer to Amended Complaint, a true and correct copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ILLINOIS STATE MEDICAL INSURANCE
　　　　　　　　　　　　　　　　　　　SERVICES, INC.


　　　　　　　　　　　　　　　　　　　By:　s/ Edward C. Jepson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Edward C. Jepson, Jr., Bar No. 03127220
Megan Crowhurst, Bar No. 06289289
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: June 30, 2008

CHICAGO/#1810515.1

**CERTIFICATE OF SERVICE**

  The undersigned certifies that true and correct copies of the foregoing Notice of Filing for Defendant's Answer to Amended Complaint were served on

    Sakie Scott
    416 Merriel Avenue
    Calumet City, IL  60409

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on June 30, 2008.

               s/Edward C. Jepson, Jr.