

U. S. DISTRICT COURT
OF NORTHERN DISTRICT OF ILLINOIS

**FILED**
Aug 20, 2008
AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sakie Scott, Plaintiff

v.

Illinois State Medical Insurance
  Services, Inc.,
Defendant

CASE No. 08-cv-1457

08 cv 1457

Judge Zagel

### CERTIFICATE OF SERVICE

I, Sakie Scott, have read the foregoing Amended Complaint and hereby certify that I have served the same by hand delivery on May 5, 2008.

_____
Sakie Scott, Pro-Se, pro se

Served To:

Illinois State Medical Insurance
  Services
20 North Michigan Avenue-Ste 700
Chicago, IL  60603

Subscribed and sworn to on the
____18____ day of August 2008.
_____
Notary Public

Sakie Scott, Pro Se
669 Clyde Avenue #2N
Calumet City, IL  60409
(708) 979-8253
sakiescott@hotmail.com
(773) 995-2588

OFFICIAL SEAL
GLORIA J. LEWIS
Notary Public - State of Illinois
My Commission Expires Jan 08, 2012