## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sakie Scott

                                        Plaintiff,

v.                                                      Case No.: 1:08–cv–01457

                                                        Honorable James B. Zagel

Illinois State Medical Insurance Services

                                        Defendant.

---

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(drw, )Mailed notice.

Dated: August 28, 2008

                                                        /s/ James B. Zagel

                                                        United States District Judge